UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| ANGELIQUE L. MAHOME and<br>VERONICA L. CLARK, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| vs. | ) | No. 2:23-cv-038-PPS-JEM |
| | ) | |
| U.G.N., INC., | )<br>) | |
| Defendant. | ) | |

**ORDER**

The Parties' Stipulation of Dismissal with Prejudice [DE 47] is **SO ORDERED**. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is hereby **DISMISSED WITH PREJUDICE**, without costs to any party. The Clerk is **DIRECTED** to close the case.

**SO ORDERED**.

ENTERED:  November 7, 2024.

/s/Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT

1